# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                 Plaintiff,

vs.

BRENDA PILAR SANTANA

                 Defendant.

Case No. 18CR3477-LAB

JUDGMENT OF DISMISSAL

FILED NOV 1 5 2018

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960 – IMPORTATION OF METHAMPHETAMINE.

Dated: 11/15/2018

Hon. Larry Alan Burns
United States District Judge